| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 22-90127 |
|---|---|---|---|
| Debtor | In Re: | HEARTBRAND HOLDINGS, INC., et al. | |

This lawyer, who is admitted to the State Bar of _____New York_____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | David S. Meyer<br>Vinson & Elkins LLP<br>1114 Avenue of the Americas, 32nd Floor<br>New York, NY 10036-7708<br>212.237.0000<br>NY - 4576344 |
|---|---|

Seeks to appear as the attorney for this party:

| HEARTBRAND HOLDINGS, INC., et al. | |
|---|---|
| Dated: 08/02/2022 | Signed: /s/ David S. Meyer |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____   Signed: _____
                         Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                United States Bankruptcy Judge