# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § | **Case No. 22-90127 (DRJ)** | |
| § | | |
| **HEARTBRAND HOLDINGS, INC.**, *et al.*, § | **(Chapter 11)** | |
| § | | |
| § | **(Jointly Administered)** | |
| **Debtors.**[1] § | | |

## DEBTORS' WITNESS AND EXHIBIT LIST
## FOR JULY 28, 2023 EMERGENCY HEARING

The above-captioned debtors and debtors in possession (collectively, the "***Debtors***") file this witness and exhibit list (the "***Witness and Exhibit List***") for the hearing scheduled to begin on **July 28, 2023, at 2:00 pm** Central Time (or as such hearing may be continued or rescheduled, the "***Hearing***"). The Debtors reserve the right to supplement or amend this Witness and Exhibit List at any time prior to or during the Hearing.

## **WITNESSES**

The Debtors may call any of the following witnesses at the Hearing:

1. James Katchadurian, CR3 Partners, LLC;

2. Any witnesses necessary to authenticate a document;

3. Any witnesses called or designated by any other party; and

4. Any witnesses necessary to rebut the evidence or testimony of any witness offered or designated by any other party.

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: HeartBrand Holdings, Inc. (2575) and American Akaushi Association, Inc. (3331). The location of the Debtors' service address is: P.O. Box 309, Flatonia, TX 78941.

4882-1737-2274

## **EXHIBITS**

The Debtors may offer into evidence any one or more of the following exhibits at the Hearing:

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
| | *Docketed Filings* | | | | | |
| 1. | Mediated Settlement Agreement, dated July 20, 2023[2] | | | | | |
| 2. | Declaration of James Katchadurian in Support of Debtors' Emergency Motion for Entry of an Order (I) Approving Mediated Twinwood Settlement Agreement, (II) Modifying Deadlines, and (III) Granting Related Relief[3] | | | | | |
| 3. | Any motions, pleadings, or other documents filed in these chapter 11 cases | | | | | |
| 4. | Any exhibits needed to rebut the testimony of witnesses or evidence presented by any other party | | | | | |
| 5. | Any exhibit designated by any other party | | | | | |

---

[2]   Previously filed as Exhibit 1 of the proposed order at Docket No. 275.

[3]   Filed contemporaneously herewith.

Dated:  July 27, 2023  
Houston, Texas

/s/  *Harry A. Perrin*  
**VINSON & ELKINS LLP**  
Harry A. Perrin (TX 15796800)  
Kiran Vakamudi (TX 24106540)  
845 Texas Avenue  
Suite 4700  
Houston, TX 77002  
Tel:  713.758.2222  
Fax: 713.758.2346  
hperrin@velaw.com; kvakamudi@velaw.com

- and -

David S. Meyer (admitted *pro hac vice*)  
Jessica C. Peet (admitted *pro hac vice*)  
1114 Avenue of the Americas, 32nd Floor  
New York, NY 10036  
Tel:  212.237.0000  
Fax: 212.237.0100  
dmeyer@velaw.com; jpeet@velaw.com

- and -

Jordan W. Leu (TX 24070139)  
2001 Ross Avenue, Suite 3900  
Dallas, TX 75201  
Tel:   214.220.7700  
Fax:  214.999.7715  
jleu@velaw.com

**ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION**

3

**CERTIFICATE OF SERVICE**

      I certify that on July 27, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on all counsel of record who are deemed to have consented to electronic service.

                                  */s/ Harry A. Perrin*
                                  One of Counsel

4882-1737-2274